UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL JONES, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 4:12CV01448 NAB |
| | ) |
| JEFF NORMAN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner has moved to voluntarily dismiss his petition for writ of habeas corpus. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to voluntarily dismiss his petition [Doc. 6] is **GRANTED**.

An Order of Dismissal will be filed contemporaneously with this Order.

So Ordered this 31st day of August, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE